**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON,
ADC #129521                                                                                              PLAINTIFF

v.                                       5:12-cv-00180-DPM-JTK

K. HOWELL, et al.                                                                                 DEFENDANTS

**ORDER**

By Order dated May 30, 2012 (Doc. No. 4), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 5). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendant Kilgore on Plaintiff's claim of unconstitutional conditions of confinement. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Sgt. Kilgore. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 15th day of June, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE