IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                             PLAINTIFF

v.                                      No. 5:12-cv-180-DPM-JTK

K. HOWELL; F. WALLS; SHAMON TYLER;
LYDIA GODFREY; BARBARA WILLIAMS;
ARKANSAS DEPARTMENT OF CORRECTION;
GRANT HARRIS; and KILGORE                                                                   DEFENDANTS

ORDER

No one has objected to Magistrate Judge Kearney's proposed findings and recommendations. *Document No. 6*. The Court has therefore reviewed them for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error. Finding neither, the Court adopts Judge Kearney's proposed findings and recommendations in their entirety. Aaron's claims against Defendants Tyler and Walls are dismissed without prejudice because he has not stated claims upon which relief may be granted. And his claims against Howell, Godfrey, Williams, Harris, and the Arkansas Department of Correction are dismissed without prejudice pursuant to his amended complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2012