**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON,                                                                    PLAINTIFF
ADC #129521

v.                                      5:12-cv-00180-DPM-JTK

K. HOWELL, et al.                                                                        DEFENDANTS

**ORDER**

Defendant Carol Kilgore, through her attorney, has answered and supplied her correct name (Doc. No. 11). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 30th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE