**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON,                                                                          PLAINTIFF
ADC #129521

v.                          5:12CV00180-DPM-JTK

K. HOWELL, et al.                                                     DEFENDANTS

**ORDER**

Plaintiff shall file a Response to Defendant Kilgore's Motion to Dismiss (Doc. No. 14) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. <u>See</u> Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE