**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KAMEON VANKEIS AARON,                                           PLAINTIFF
ADC #129521

v.                              5:12CV00180-DPM-JTK

K. HOWELL, et al.                                               DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendant Kilgore's Motion to Dismiss (Doc. No. 14) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE