IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON,
ADC #129521                                                                                           PLAINTIFF

v.                             5:12-cv-180-DPM-JTK

CAROL KILGORE                                                          DEFENDANT

### ORDER

No one has objected to Magistrate Judge Kearney's recommendation. № 19. The Court finds no legal error and no clear factual error on the face of the record and adopts the recommendation. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Kilgore's motion to dismiss, № 14, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 April 2013