IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON,
ADC # 129521                                                                               PLAINTIFF

v.                          No. 5:12-cv-180-DPM

K. HOWELL, Warden, Delta Regional Unit, ADC;
F. WALLS, Security Supervisor, Delta Regional Unit,
ADC; SHAMON TYLER, Classification Officer, Delta
Regional Unit, ADC; LYDIA GODFREY, Grievance
Officer, Delta Regional Unit, ADC; BARBARA WILLIAMS,
Grievance Supervisor, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; GRANT HARRIS,
Assistant Director, ADC; and CAROL KILGORE                                                 DEFENDANTS

## JUDGMENT

Aaron's claims against Howell, Walls, Tyler, Godfrey, Williams, Harris, Kilgore, and the Arkansas Department of Correction are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

13 December 2013